**Joseph DONNELL, Pro Se, Appellant,**

v.

**GENERAL MOTORS ASSEMBLY DIVISION, Respondent.**

No. 48382.

Missouri Court of Appeals, Eastern District, Division Two.

March 19, 1985.

Joseph Donnell, pro se.

John L. Harlan, Jr., Harlan & Harlan, St. Louis, for respondent.

### ORDER

PER CURIAM.

Joseph Donnell appeals from a decision of the St. Louis City Circuit Court, affirming the final judgment of the Labor and Industrial Relations Commission which resulted in a $4,366.95 award for Donnell. The evidence supports the findings of the Commission and no error of law appears. No jurisprudential purpose would be

---

served by a written opinion. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).